UNITED STATES of America, Appellee

v.

Timothy Jerome McCALL, Appellant.

No. 06–2993.

United States Court of Appeals, Eighth Circuit.

April 25, 2008.

## ORDER

Appellant's petition for rehearing by the panel has been considered by the Court and is granted. The petition for rehearing en banc is denied as moot. The opinion and judgment of this Court filed on November 5, 2007 are vacated.